IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES GLEN, et al. Plaintiffs | * | |
| | * | |
| v. | | |
| | * | CIVIL ACTION NO. WDQ-10-2259 |
| DABUEK R, BENDT, Defendant | * | |
| | * | |

_____

| | | |
|---|---|---|
| JAMES GLEN, Plaintiff | * | |
| | * | |
| v. | | CIVIL ACTION NO. WDQ-10-2260 |
| | * | |
| W.C. FRENCH, et al., Defendant | * | |

**O R D E R**

Plaintiffs James Glen and Emily Mororek, through counsel, have filed the instant complaints.  Their Motions for Leave to Proceed in Forma Pauperis were denied on September 29, 2010, and Plaintiffs were afforded 28 days to pay the civil filing fees or risk dismissal of their complaints.  The filing fees have not been paid and nothing further has been filed.

Accordingly, it is this 3rd day of November 2010, by the United States District Court for the District of Maryland, hereby ORDERED that the above-captioned complaints ARE DISMISSED WITHOUT PREJUDICE for failure to comply with court order.  The Clerk shall docket this Order and shall close each case.

_____/s/_____
William D. Quarles, Jr.
United States District Judge